```
 1  LINDA SHAO (CA 182768)
    LAW OFFICE OF LINDA SHAO, APLC
 2  28 North First Street, Suite 618
    San Jose, CA 95131
 3  Phone: 408-873-3888
    Fax:   408-873-3889
 4  Attorney for Defendants
    CSM Investment Corp. & Shih-Kwei Chen
 5
 6
 7                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
 8                            SAN JOSE DIVISION
 9  TIAN-RUI SI, MAO-TIN SUN              Case No. C06-07611 PVT
10          Plaintiffs,
                                          STIPULATON TO MEDIDATION
11      vs.                               BY ADR SERVICES RETIRED
                                          JUDGE ALEX SALMADO, TO STAY
12                                        THE PROCEEDING, TO
    CSM INVESTMENT CORP, DBA DARDA        CONTINUE PLAINTIFF'S MOTION
13  SEAFOOD RSTAURANT, SHIH-KWEI          TO HOLD DEFENDANT AND HIS
    CHEN & DOES 1 TO 10,                  ATTORNEY IN CONTEMPT AND
14                                        [PROPOSED] ORDER
15          Defendants
```

16      The parties, through their attorney of record, for judicial economy, hereby stipulate to
17  the following:

18   1. The parties shall have a mediation through Judge Alex Salmado at the ADR Services
19      on September 21, 2007 at 2-6 p.m.
20   2. Plaintiff's motion to hold Defendant Chen and his attorney in contempt is postponed
21      from October 2, 2007 to October 30, 2007 at 10:00 a.m..
22   3. The entire proceeding is stayed until September 22, 2007.
23   4. The facsimile signatures shall have the same effect as the original.

24  Dated: 9/7, 2007                       DAL BON & WANG
25
26
27                                         By: /s/ Adam Wang
                                           Attorney for Plaintiffs
28                                         Tian-Rui Si, Mao-Tin Sun

1  Dated: __9/7__, 2007                    Law Offices of Linda Shao, APLC

                                           By: /s/ Linda Shao
                                           Linda Shao
                                           Attorney for Defendants
                                           CSM Investment Corp. & Shih-Kwei Chen

## ORDER

It is hereby ORDERED pursuant to the parties' stipulation.

Dated 9/10/07

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE