JAMES DAL BON (STATE BAR NUMBER 157942)
ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorneys for Plaintiffs
Tian-Rui Si & Mao-Ting Sun


Chao Jen Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Adam C. Fullman (SBN 194249)
Stefan O'Grady (SBN 224615)
Fullman O'Grady Attorneys
11580 Trask Avenue
Garden Grove, CA 92843
(714) 277-4428 Telephone
(714) 280-4631 Fax

Attorneys for Defendants CSM INVESTMENT CORP. and SHIH-KWEI CHEN

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIAN-RUI SI, MAO-TIN SUN<br><br>    Plaintiffs,<br><br>   vs.<br><br>CSM INVESTMENT CORP. DBA DARDA SEAFOOD RESTAURANT, SHIH-KWEI CHEN & DOES 1 – 10,<br><br>    Defendants. | Case No.: C06-007611 PVT<br><br>STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON |

Plaintiffs and defendants, through their respective counsel, hereby stipulate as follows:

STIPULATION TO DISMISS
Si, et al et al. v. CSM Investment Corp.., et al.

1. Parties have reached a settlement to disputes with respect to the claims of the plaintiffs Tian-Rui Si ("Si") and Mao-Ting Sun ("Sun") against defendants CSM Investment Corp. DBA Darda Seafood Restaurant and Shih-Kwei Chen.

2. As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

                                                  RESPECTFULLY SUBMITTED,

Dated:  October 16, 2007          DAL BON & WANG

                                    By:   /s/ ADAM WANG
                                                Adam Wang
                                                Attorney for Plaintiffs

Dated:  October 16, 2007

                                    By:   /s/ Richard Wahng
                                             Richard Wahng
                                            Attorney for Defendants

_____
[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: October 19, 2007

                                                _____
                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

2                                      C06-007611 PVT
STIPULATION TO DISMISS
Si, et al et al. v. CSM Investment Corp.., et al.